# *Your Group Plan*

**Capital One Financial Corporation**

**Managed Disability**

# Table of Contents

Summary of Coverage ................................................. Issued With Your Booklet
Table of Contents............................................................................................. 2
Your Group Coverage Plan ............................................................................. 1
Managed Disability Coverage ......................................................................... 2
General Information About Your Coverage .................................................... 9
Glossary ......................................................................................................... 13

# Your Group Coverage Plan

The plan described in the following pages of this Booklet is a Managed Disability Benefit coverage plan of your Employer. This coverage is effective only while you are covered under this Plan and is subject to these conditions:

Coverage for Managed Disability Benefits payable under this Plan on a weekly basis is not insured by Aetna but is the responsibility of your Employer. Aetna will provide certain administrative services relating to this coverage as outlined in the Administrative Services Contract between Aetna and the Contractholder.

Coverage for Managed Disability Benefits payable under this Plan on a monthly basis is underwritten by Aetna.

This paragraph and certifying signature below apply only to the part of the Plan underwritten by Aetna:

To the extent that the provisions of this Booklet relate to the part of the Plan underwritten by Aetna, they will become your Certificate of Insurance bearing the form number GR-9 when you become covered.

This certificate replaces and supersedes all Certificates issued to you by Aetna under the group contract describing Managed Disability Coverage.

*Ronald A. Williams* (signature)

Ronald A. Williams
Chairman, Chief Executive Officer, and President

Aetna Life Insurance Company

A Stock Company

Cert. Base:      7
Issue Date:      January 7, 2010
Effective Date:  January 1, 2009

*6529*

1

# Managed Disability Coverage

This Plan will pay a Weekly Benefit and then pay a Monthly Benefit, as described below, for a period of disability caused by a disease or **injury**; but only if the period of disability has been certified by Aetna. There is a Waiting Period. (This is the length of time during a certified period of disability that must pass before benefits start.)

7673

### Certification of a Period of Disability

A period of disability will be certified by Aetna if, and for only as long as, Aetna determines that you are disabled as a direct result of a significant change in your physical or mental condition occurring while you are covered under this Plan. You must be under the care of a **physician**.

You will be deemed to be disabled while either of the following applies to you:

- During the period of a certified period of disability which ends right after the first 24 months benefits are payable:

    You are not able, solely because of disease or **injury**, to perform the material duties of your own occupation; except, if you start work at a **reasonable occupation** you will no longer be deemed disabled.

- Thereafter, during such certified period of disability:

    You are not able, solely because of disease or **injury**, to work at any **reasonable occupation**.

You will not be deemed to be performing either the material duties of your own occupation or working at a **reasonable occupation** if:

- you are performing at least one, but not all, of the material duties of your own occupation or you are working at any other occupation (full-time or part-time); and
- solely due to disease or **injury** your income from either is 80% or less of your **adjusted predisability earnings**.

If your own occupation requires a license of any kind, you will not be deemed to be disabled solely because of loss of license.

You will not be deemed to be under the care of a **physician** on any day more than 31 days before the date he or she has seen and treated you in person for the disease or **injury** that caused the disability.

If any period of disability is not certified because:

- certification has not been requested for that period; or
- certification for that period has been requested and denied;

no benefits will be payable under this Plan for that period of disability.

Certification of a period of disability will be denied if any one of the following apply:

- Aetna determines that you are not disabled.
- You are not under the care of a **physician**.
- You refuse to have an independent medical exam, when required.
- The requested independent medical exam report is not received by Aetna, or fails to confirm your disability.

Whether or not a period of disability is certified, no benefits will be paid for any day of a period of disability for which payment is excluded by any other terms of this Plan.

7673,7674

2

To request certification of a period of disability, you must call the toll-free number provided by Aetna. You should make the call at the start of your period of disability, or as soon as possible thereafter. If you are not able to make the call yourself, the call may be made by:

- your **physician**;
- your Employer; or
- any member of your family.

The deadline for calling to request certification is 31 days from the first day you are absent from work due to disease or **injury**.

If you fail to meet the deadline, no benefits will be payable:

- unless you fail to meet the deadline through no fault of your own; and
- the request for certification is made as soon after the deadline as possible, but not later than 1 year after the deadline unless you are legally incapacitated; and
- Aetna is able to certify your period of disability.

*7674*

When Aetna's certification of a period of disability ends, you may request that Aetna certify an extension of the certified period of disability. If Aetna does not contact you about recertification, but you and your **physician** believe you are still not able to work due to the disability, you should call the toll-free number provided by Aetna. In your best interest, this should be done no later than the last day for which the disability is presently certified. If this is done by then, you will know on a timely basis if the period of disability will be recertified. The call should be made even if the reason you are asking for recertification is due to a different disease or **injury** which has occurred during the certified period of disability.

Written notice of any recertification decision will be sent promptly to:

- you;
- your **physician**; and
- your Employer.

*7675*

## Benefits
The benefit is an amount based on your **predisability earnings**, multiplied by the scheduled benefit percentage.

### Weekly Benefit
Weekly benefits will be payable if a certified period of disability:

- is caused by a **non-occupational disease** or **injury**; and
- starts while you are covered; and
- continues during and past the Waiting Period.

The benefits are payable, after the Waiting Period ends, for as long as your period of disability continues to be certified by Aetna, up to the Maximum Weekly Benefit Period for any one certified period of disability.

### Monthly Benefit
Monthly benefits will be payable if a certified period of disability:

- starts while you are covered; and
- continues beyond the date the Maximum Weekly Benefit Period ends or would have ended if the disability were covered.

These benefits are payable for as long as your period of disability continues to be certified by Aetna, up to the Maximum Monthly Benefit Duration.

During a certified period of disability while monthly benefits are payable:

- You will not have to make any further contributions, if any are required.
- No premium payments will be required from your Employer.

*7679*

3

### What Benefits Are Payable
The Weekly and Monthly Benefit is an amount based on your **predisability earnings**. Other income benefits, as defined later, will reduce the benefit actually payable.

### Weekly Benefit
The Weekly Benefit and the Maximum Benefit are shown on the Summary of Coverage.

- If no other income benefits are payable for a given week:

    The weekly benefit payable under this Plan for that week will be the lesser of:

    the Weekly Benefit; and

    the Maximum Weekly Benefit.

- If other income benefits are payable for a given week:

    The weekly benefit payable under this Plan for that week will be the lesser of:

    the Weekly Benefit; and

    the Maximum Weekly Benefit;

    minus all other income benefits

### Monthly Benefit
The Monthly Benefit and the Maximum Benefit are shown on the Summary of Coverage.

- If no other income benefits are payable for a given month:

    The monthly benefit payable under this Plan for that month will be the lesser of:

    the Monthly Benefit; and

    the Maximum Monthly Benefit.

- If other income benefits are payable for a given month:

    The monthly benefit payable under this Plan for that month will be the lesser of:

    the Monthly Benefit; and

    the Maximum Monthly Benefit;

    minus all other income benefits.

*7679*

### Certified Period of Disability
The start of a certified period of disability is determined by Aetna.

A certified period of disability ends on the first to occur of:

- The date certification of the period of disability by Aetna ends, and the period of disability is not recertified by Aetna.
- The date you cease to be disabled.
- The date you cease to be under the care of a **physician**.
- The date you start regular work at a **reasonable occupation**.
- The date you refuse to be examined by an independent **physician**, as requested.
- The date an independent medical exam report, when required, fails to confirm your disability.
- The date your disability cannot be confirmed because the required independent medical exam report has not been received by Aetna. If, when received, the report confirms your disability, Aetna will certify the period of disability back to the date it ended.
- The date you reach the expiration of the Maximum Monthly Benefit Duration shown on the Summary of Coverage.
- The date you are not undergoing **effective treatment for alcoholism or drug abuse**, if your disability is caused to any extent by alcoholism or drug abuse.
- The date you have income from any employer or from any occupation for compensation or profit equal to more than 80% of your **adjusted predisability earnings**.
- The date you fail to give proof that you are unable to perform the duties of any occupation for compensation or profit equal to more than 80% of your **adjusted predisability earnings**.
- The date you become eligible for benefits under any other disability benefits plan of the same type carried or sponsored by your Employer, if such date occurs after the date the group contract terminates.
- The date of your death.
- The day after Aetna determines you are able to participate in **An Approved Rehabilitation Program** and you refuse to do so.

*7680*

Also, a certified period of disability will end after 24 monthly benefits are payable if Aetna determines that the disability is, at that time, caused to any extent by a mental condition (including conditions relating to alcoholism or drug abuse) described in the most current edition of the **DSM**.

There are two exceptions to this 24 month limit. These exceptions apply if you are confined as an inpatient in a **hospital** or **treatment facility** for treatment of that condition at the end of such 24 months during which benefits have been payable.

*Exceptions:*

- If the inpatient confinement lasts fewer than 30 days, the period of disability will cease when you are no longer confined.
- If the inpatient confinement lasts 30 days or more, the period of disability may continue until the date you have not been so confined for that condition for a total of 90 days during any 12 month period.

The Separate Periods of Disability section that follows does not apply beyond 24 months to periods of disability which are subject to the above 24 month limit.

*7682*

### How Separate Periods of Disability Are Treated
Once a certified period of disability has ended, any new certified period of disability will be treated separately. You must follow the certification requirements to get any succeeding period of disability certified. However, if two or more periods of certified disability are:

- due to the same or related causes; and
- separated by less than the Minimum Recovery Period;

they will be deemed to be one certified period of disability. Only one Waiting Period will apply. The deadline for calling to have the separate periods certified as one certified period of disability is 31 days from the date the most recent period of disability starts. The first period will not be included if it began while you were not covered.

5

A Minimum Recovery Period:

- if it starts before the end of the Maximum Weekly Benefit Period, is 14 days in a row;
- if it starts after the end of the Maximum Weekly Benefit Period, is 180 days in a row;

at:

- your own job;
- your own occupation; or
- any **reasonable occupation**.

Any day on which, solely due to disease or **injury**, your income is 80% or less of your **adjusted predisability earnings**, you will not, on that day, be deemed to be working at:

- your own job;
- your own occupation; or
- any **reasonable occupation**.

*7683*

## Other Income Benefits
They are:

*7537*

- 50% of any award provided under The Jones Act or The Maritime Doctrine of Maintenance, Wages and Cure.
- Disability, retirement, or unemployment benefits required or provided for under any law of a government. Examples are:

    Unemployment compensation benefits.

    Temporary or permanent, partial or total disability benefits under any state or federal workers' compensation law or any like law, which are meant to compensate the worker for any one or more of the following: loss of past or future wages; impaired earning capacity; lessened ability to compete in the open labor market; any degree of permanent impairment; and any degree of loss of bodily function or capacity.

    Automobile no-fault wage replacement benefits to the extent required by law.

    Statutory disability benefits.

    Benefits under the Federal Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, and the Quebec Pension Plan.

    Veterans' benefits.

- Disability or unemployment benefits under:

    any group insurance plan.

    any other type of coverage for persons in a group.  This includes both plans that are insured and those that are not.

*7537*

Other income benefits include those, due to your disability or retirement, which are payable to:  you; your spouse; your children; your dependents.

*7537*

6

### Other Income Benefits Which Do Not Reduce Benefits

The amount of any retirement or disability benefits you were receiving from the following sources before the date a certified period of disability started will not reduce your benefits:

- military and other government service pensions;
- retirement benefits from a prior employer; and
- veteran's benefits for service related disabilities.

Also, the amount of any income or other benefits you receive from the following sources will not reduce your benefits:

- profit sharing plans;
- thrift or savings plans;
- 401(k) plans;
- Keogh plans;
- employee stock option plans; or
- tax sheltered annuity plans.

*7539*

### How Aetna Determines Other Income Benefits

**Lump Sum Payments From Workers' Compensation Or Which Result From The Act Or Omission Of Any Person Who Caused Your Disability:**
That part of the lump sum payment that is for disability will be counted, even if it is not specifically apportioned or identified as such. This will be done if it is or is not the result of a compromise, settlement, award or judgment. If there is not proof acceptable to Aetna as to what that part is, 50% will be deemed to be for disability.

This amount will be broken down to a period of time equal to the lesser of: (a) the remaining benefit duration; and (b) 60 months. If the lump sum payment is tied to a specific period, the period of time will start on the same date as the period for which the lump sum payment is made. If the lump sum payment is not tied to a specific period, the period of time will start on the first day of the calendar month following the date that the lump sum payment is made.

**Other Payments:**
Payments in a Lump Sum: These will be broken down to a period of time equal to the lesser of: (a) the remaining benefit duration; and (b) 60 months. These will include periodic payments that could have been chosen in a lump sum.

Periodic Payments: These will be broken down to monthly periods. These will include amounts which are an accumulation of past due periodic payments.

Any of these "Other Payments" that date back to a prior date during a certified period of disability may be allocated on a retroactive basis.

*7538*

### Effect of Increases In Other Income Benefits

Increases in the level of other income benefits due to the following will be considered "other income benefits":

- a change in the number of your family members;
- a recomputation or recalculation to correct or adjust your benefit level as first established for the period of total disability; or
- a change in the severity of your disability.

There may be cost of living increases in the level of other income benefits received from a governmental source during a period of total disability. These increases will not be deemed to be "other income benefits".

There may be cost of living or general increases in the level of other income benefits from a non-governmental source during a period of total disability. These increases will not be considered other income benefits to the extent they are based on the annual average increase in the **Consumer Price Index**.

*7539*

7

### Estimated Other Income Payments
The amount of other income benefits for which you appear to be eligible may be estimated, unless you have signed and returned a reimbursement agreement to Aetna. This agreement contains your promise to repay this Plan for any overpayment of benefits made to you.

If other income benefits are estimated, your monthly benefit will be adjusted when Aetna receives proof:

- of the exact amount awarded; or
- that benefits have been denied after review at the highest administrative level.

This Plan will pay you if any underpayment in your benefit results. You will have to repay this Plan if any overpayment of benefits has resulted. Should this Plan have to take legal action against you to recover any overpayment, you will also have to pay this Plan's reasonable attorney's fees and court costs, if this Plan prevails.

### Required Proof of Other Income
Aetna has the right to require proof that:

- you, your spouse, child, or dependent has made application for all other income benefits which you or they are, or may be, eligible to receive relative to your disability and has made a timely appeal of any denial through the highest Administrative level; timely appeal means making such an appeal as required, but in no case later than 60 days from the latest denial;
- the person has furnished proof needed to obtain other income benefits;
- the person has not waived any other income benefits without Aetna's written consent; and
- the person has sent copies of the documents to Aetna showing the effective dates and the amounts of other income benefits.

In addition to the above, for purposes of Federal Social Security, when a timely application for benefits has been made and denied, a request for reconsideration must be made within 60 days after the denial, unless Aetna states, in writing, that it does not require you to do so. Also, if the reconsideration is denied, an application for a hearing before an Administrative Law Judge must be made within 60 days of that denial unless Aetna relieves you of that obligation.

Aetna also requires proof:

- of income you receive from any occupation for compensation or profit; and
- if your income from any such occupation is 80% or less of your **adjusted predisability earnings**, proof that you are unable, due to disease or **injury**, to earn more than 80% of your **adjusted predisability earnings**.

You do not have to apply for:

- retirement benefits paid only on a reduced basis; or
- disability benefits under group life insurance if they would reduce the amount of group life insurance;

but, if you do apply for and receive these benefits, they will be deemed to be other income benefits for which proof is required.

If you do not furnish proof of your application or your receipt of other income benefits, this Plan reserves the right to suspend or adjust benefits by the estimated amount of such other income benefits.

### Rehabilitation
Aetna retains the right to evaluate you for participation in **An Approved Rehabilitation Program**.

If, in Aetna's judgment, you are able to participate, Aetna may, in its sole discretion require you to participate in **An Approved Rehabilitation Program**.

This Plan will pay for all services and supplies, approved in advance by Aetna, needed in connection with such participation; except for those for which you can otherwise receive reimbursement from any third party payor, including any governmental benefits to which you may be entitled.

*7687*

8

# General Information About Your Coverage

(including information about Termination of Coverage and the Effect of Prior Coverage)

---

### Termination of Coverage
Coverage under this Plan terminates at the first to occur of:

- When employment ceases.
- When the group contract terminates as to the coverage.
- When you are no longer in an Eligible Class. (This may apply to all or part of your coverage).
- When you fail to make any required contribution.

Your Employer will notify Aetna of the date your employment ceases for the purposes of termination of coverage under this Plan. This date will be either the date you cease active work or the day before the next premium due date following the date you cease active work. Your Employer will use the same rule for all employees. If you are not at work on this date due to one of the following, employment may be deemed to continue up to the limits shown below.

If you are not at work due to disease or injury, your employment may be continued until stopped by your Employer, but not beyond 12 months from the start of the absence.

If you are not at work due to temporary lay-off or leave of absence, your employment will be deemed to cease on your last full day of active work before the start of the lay-off or leave of absence.

In figuring when employment will stop for the purposes of termination of coverage, Aetna will rely upon your Employer to notify Aetna. This can be done by telling Aetna or by stopping premium payments. Your employment may be deemed to continue beyond any limits shown above if Aetna and your Employer so agree in writing.

*6080*

### Benefits May Continue After Termination
If your coverage terminates during a certified period of disability which began while you had coverage, benefits will be available as long as your certified period of disability (including recertification) continues.

*6080*

### Reinstatement of Coverage
If your coverage terminates, you may again become covered in accordance with the terms of this Plan; except that:

- If:

    you return to active work within 6 months of the date coverage terminated; and

    you request coverage from your Employer within 31 days of your return to active work;

  any Limitation as to a pre-existing condition will apply only to the extent it would have applied if your coverage had not terminated. Also, any period of continuous service required before your Eligibility Date will apply only to the extent it would have applied if coverage had not terminated.

9

- If:

  you return to active work between the 7th and the 24th month following the date coverage terminated; and

  you request coverage from your Employer within 31 days of your return to active work;

  any period of continuous service required before your Eligibility Date will apply only to the extent it would have applied if coverage had not terminated.

*7690*

### How "Prior Coverage" Affects Coverage Under This Plan
If the coverage of any person under this Plan replaces any prior coverage of the person, the following will apply.

"Prior coverage" is any plan of group disability insurance providing weekly or monthly benefits that has been replaced by coverage under part or all of this Plan.

It must have been sponsored by your employer who is participating in this Plan. The replacement can be complete or in part for the Eligible Class to which you belong. Any such plan is prior coverage if provided by another group insurance plan.

A person's coverage under this Plan replaces and supersedes any prior coverage. It will be in exchange for everything under such prior coverage except coverage will not be available as to a particular period of disability for which a benefit is available or would be available under the prior coverage in the absence of coverage under this Plan.

As stated earlier, this Plan has a Limitation as to a disability caused by a preexisting condition. For a certified period of disability which starts during the first 12 months of your current Managed Disability Coverage, this Limitation provides that benefits will be payable on a weekly basis only for up to the Maximum Weekly Benefit Period during a certified period of disability. No monthly benefits are payable for a certified period of disability caused by a preexisting condition. However, if

- such prior coverage had a limitation on a preexisting condition; and
- you had prior coverage on the day before Managed Disability Coverage took effect; and
- you became covered under this Plan on the date it takes effect;

the Limitation of this Plan applies only until a continuous period of coverage under the prior coverage and this Plan are equal to the lesser of:

- 12 months; and
- any period of limitation as to a preexisting condition remaining under the prior coverage.

Where the Limitation no longer applies, the amount of benefit and the maximum period for which benefits will be payable, as to a certified period of disability caused by such preexisting condition, will be as provided in this Plan. In no event will:

- A benefit be payable as to a period of disability caused by a preexisting condition, if the disability is excluded by any other terms of this Plan.
- A condition be considered to be a preexisting condition under this Plan if it was not a preexisting condition under the prior coverage.

*7691*

### Survivor Benefit
If you die while disabled, a single, lump sum benefit will be paid under this provision if:

- there is an Eligible Survivor as defined below; and
- a Monthly Benefit was payable under this Plan.

The benefit amount will be:

- 3 times the Monthly Benefit, not reduced by other income benefits, for which you were eligible in the full month just before the month in which you die.

If you die before you are eligible for one full Monthly Benefit, however, the benefit will be:

- 3 times the Monthly Benefit, not reduced by other income benefits for which you would have been eligible if you had not died, for the first full month after the month in which you die.

An Eligible Survivor is:

- Your legally married spouse at the date of your death.
- If there is no such spouse, your biological or legally adopted child who, when you die:

    is not married; and

    is depending mainly on you for support; and

    is under age 25. This age limit will not apply if the child is not capable of self-sustaining employment because of mental or physical handicap which existed prior to age 25.

### How the Survivor Benefit Will Be Paid
The benefit will be paid as soon as the necessary written proof of your death and disability status is received.

The benefit will be paid to your eligible surviving spouse, if any. Otherwise, it will be paid in equal shares to your eligible surviving children.

Aetna may pay the benefit to anyone who, in Aetna's opinion, is caring for and supporting the eligible survivor; or, if proper claim is made, Aetna may pay the benefit to an eligible survivor's legally appointed guardian or committee.

*7494*

### Assignment of Coverage
Coverage may be assigned only with the consent of Aetna.

*7542*

### How Will Benefits be Paid
Benefits will be paid to you.

Weekly benefits are paid at the end of each week during the period for which benefits are payable. Weekly benefits for a period less than a week will be prorated. This will be done on the basis of the ratio, to 7 days, of the days of eligibility for benefits during the week.

Monthly Benefits will be paid at the end of each calendar month during the period for which such benefits are payable. Monthly Benefits for a period less than a month will be prorated. This will be done on the basis of the ratio, to 30 days, of the days of eligibility for benefits during the month.

Any unpaid balance at the end of Aetna's liability will be paid within 30 days of receipt by Aetna of the due written proof.

Aetna may pay up to $ 1,000 of any benefit to any of your relatives whom it believes fairly entitled to it. This can be done if the benefit is payable to you and you are a minor or not able to give a valid release. It can also be done if a benefit is payable to your estate.

*7693*

### Examinations and Evaluations
Aetna will have the right and opportunity to examine and evaluate any person who has requested certification of a period of disability at all reasonable times while that claim is pending or payable. This will be done at this Plan's expense.

*7543*

### Legal Action
No legal action can be brought to recover under any benefit after 3 years from the deadline for requesting a certification of a period of disability.

Aetna will not try to reduce or deny a benefit payment on the grounds that a condition existed before a person's coverage went into effect, if the loss occurs more than 2 years from the date coverage commenced.  This will not apply to conditions excluded from coverage on the date of the loss.

*7543*

### Recovery of Overpayments
If payments are made in amounts greater than the benefits that you are entitled to receive, Aetna has the right to do any one or all of the following:

- to require you to return the overpayment on request;
- to stop payment of benefits until the overpayment is recovered;
- to take any legal action needed to recover the overpayment; and
- to place a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any other income, whether on a periodic or lump sum basis.

If the overpayment:

- occurs as a result of your receipt of other income benefits for the same period for which you have received a benefit under this Plan; and
- to obtain such other income benefits, advocate or legal fees were incurred;

Aetna will exclude from the amount to be recovered, such advocate or legal fees; provided you return the overpayment to Aetna within 30 days of Aetna's written request for the overpayment.  If you do not return the overpayment to Aetna within such 30 days, such fees will not be excluded; you will remain liable for repayment of the total overpaid amount.

Examples of other income referred to in the preceding paragraph are:

- Workers' compensation.
- Federal Social Security benefits.

*7708*

### Contract Not a Substitute for Workers' Compensation Insurance
The group contract is not in lieu of and does not affect workers' compensation benefits.  However, any workers' compensation benefits are considered other income benefits.

*7693*

### General Provisions
The following additional provisions apply to your coverage:

- You cannot receive multiple coverage under this Plan because you are connected with more than one Employer participating in this Plan.
- In the event of a misstatement of any fact affecting your coverage under this Plan, the true facts will be used to determine the coverage in force.

This document describes the main features of this Plan.  Additional provisions are described elsewhere in the Plan Document or group contract on file with your Employer.  If you have any questions about the terms of this Plan or about the proper payment of benefits, you may obtain more information from your Employer or, if you prefer, from the Home Office of Aetna.

Your Employer hopes to continue this Plan indefinitely but, as with all group plans, this Plan may be changed or discontinued with respect to all or any class of employees.

*6490*

# Glossary

The following definitions of certain words and phrases will help you understand the benefits to which the definitions apply.

### Adjusted Predisability Earnings
This is a **predisability earnings** plus any increases made on each January 1, starting on the January 1 following 12 months of a certified period of disability. The increase on each such January 1 will be by the percentage increase in the **Consumer Price Index**, rounded to the nearest tenth; but not by more than 10%.

### An Approved Rehabilitation Program
This is a program of physical, mental, or vocational rehabilitation which:

- is expected to result in your return to your own occupation, or to a **reasonable occupation**, on a full-time basis; and
- is approved, in writing, by Aetna. The approval will be based on medical evidence and your potential for return to your own occupation or a **reasonable occupation**.

A rehabilitation program will cease to be **An Approved Rehabilitation Program** on the earliest to occur of:

- the date you are able to perform the material duties of your own occupation or work at any other **reasonable occupation**; or
- the date Aetna withdraws, in writing, its approval of the program.

### Consumer Price Index
The CPI-W, Consumer Price Index for Urban Wage Earners and Clerical Workers is published by the United States Department of Labor. If the CPI-W is discontinued or changed, Aetna reserves the right to use a comparable index.

### DSM
The most current edition of the Diagnostic and Statistical Manual of Mental Disorders, published by the American Psychiatric Association. The manual describes, among other things, mental and nervous conditions related to substance abuse.

### Effective Treatment of Alcoholism or Drug Abuse
This means a program of alcoholism or drug abuse therapy that is prescribed and supervised by a **physician** and either:

- has a follow-up therapy program directed by a **physician** on at least a monthly basis; or
- includes meetings at least twice a month with organizations devoted to the treatment of alcoholism or drug abuse.

These are not effective treatment:

- Detoxification. This means solely treating the aftereffects of a specific episode of alcoholism or drug abuse.
- Maintenance care. This means primarily providing an environment free of alcohol or drugs.

13

### Hospital
This is an institution that:

- mainly provides, on an inpatient basis, diagnostic and therapeutic facilities for surgical and medical diagnosis, treatment, and care of injured and sick persons; and
- is supervised by a staff of **physicians**; and
- provides 24 hour a day registered nursing (**RN**) service; and
- is not mainly a place for rest, for the aged, for drug addicts, for alcoholics, or a nursing home.

An institution which does not provide complete surgical services, but which meets all the other tests listed above, will also be deemed a **hospital** if:

- it provides services chiefly to patients all of whom have conditions related either by a medical specialty field or a specific disease category; and
- while confined, the patient is under regular therapeutic treatment by a **physician** for the **injury** or disease.

### Injury
An accidental bodily injury.

### Non-Occupational Disease
A "non-occupational" disease is a disease that does not:

- arise out of or in the course of any activity in connection with:

    employment; or

    self-employment;

    whether or not on a full time basis; and

- result, in any way, from a disease or **injury**, which arises out of such activity.

If proof is furnished to Aetna that a person under the workers' compensation law (or other like law):

- has made claim under such law in connection with a distinct disease; and
- no benefit, award, settlement or redemption has been or will be made under that law for such disease;

that disease will be considered non-occupational.

### Non-Occupational Injury
A "non-occupational" injury is an accidental injury that does not arise out of or in the course of any act in connection with:

- employment; or
- self-employment;

whether or not on a full-time basis.

14

**Physician**
This is a legally qualified physician; except:

- if any part of a certified period of disability is caused, to any extent, by a mental condition that is described in the most current edition of the **DSM**, **physician** shall mean a legally qualified physician who:

    specializes in psychiatry; or

    is trained or experienced to evaluate and treat a mental condition.

- if any part of a certified period of disability is caused, to any extent, by a condition related to alcoholism or drug abuse that is described in the most current edition of the **DSM**, **physician** shall mean a legally qualified physician who is trained or experienced to evaluate and treat the condition.

**Predisability Earnings**
This is the amount of salary or wages you were receiving from an employer participating in this Plan on the day before a certified period of disability started, calculated on a monthly basis.

If you are paid on an annual contract basis your salary, calculated on a monthly basis, is 1/12th of your annual contract salary.

If you are paid on an hourly basis, the calculation of your earnings on a monthly basis, is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month; but not more than 173 hours per month.

If you do not have regular work hours, the calculation of your earnings on a monthly basis is based on the average number of hours you worked per month during the last 12 calendar months (or during your period of employment if fewer than 12 months); but not more than 173 hours per month.

Included in salary or wages are:

- Commissions, sales incentive, and overtime pay averaged over the last 12 months of actual employment or such shorter period if actual employment was for fewer than 12 months.
- Contributions you make through a salary reduction agreement with your Employer to any of the following:

    A Internal Revenue Code (IRC) Section 125 plan for your fringe benefits.

    An IRC 401(k), 403(b) or 457 deferred compensation arrangement.

    An executive nonqualified deferred compensation agreement.

Not included in salary or wages are:

- Awards and bonuses.
- Contributions made by your Employer to any deferred compensation arrangement or pension plan.

To determine **predisability earnings** on a weekly basis, multiply the **predisability earnings**, calculated on a monthly basis, by 12 and divide the result by 52. A retroactive change in your **predisability earnings** will not result in retroactive change in coverage.

**Reasonable Occupation**
This is any gainful activity for which you are, or may reasonably become, fitted by education, training, or experience. It does not include work under **An Approved Rehabilitation Program**.

15

**Treatment Facility**
This is an institution (or distinct part thereof) that is for the treatment of alcoholism or drug abuse and which meets fully every one of the following tests:

- It is primarily engaged in providing on a full-time inpatient basis, a program for diagnosis, evaluation, and treatment of alcoholism or drug abuse.
- It provides all medical detoxification services on the premises, 24 hours a day.
- It provides all normal infirmary-level medical services required during the treatment period, whether or not related to the alcoholism or drug abuse, on a 24 hour daily basis. Also, it provides, or has an agreement with a **hospital** in the area to provide, any other medical services that may be required during the treatment period.
- On a continuous 24 hour daily basis, it is under the supervision of a staff of **physicians**, and provides skilled nursing services by licensed nursing personnel under the direction of a full-time registered graduate nurse.
- It prepares and maintains a written individual plan of treatment for each patient based on a diagnostic assessment of the patient's medical, psychological and social needs with documentation that the plan is under the supervision of a **physician**.
- It meets any applicable licensing standards established by the jurisdiction in which it is located.

**Confidentiality Notice**
Aetna considers personal information to be confidential and has policies and procedures in place to protect it against unlawful use and disclosure. By "personal information," we mean information that relates to a member's physical or mental health or condition, the provision of health care to the member, or payment for the provision of health care or disability or life benefits to the member. Personal information does not include publicly available information or information that is available or reported in a summarized or aggregate fashion but does not identify the member.

When necessary or appropriate for your care or treatment, the operation of our health, disability or life insurance plans, or other related activities, we use personal information internally, share it with our affiliates, and disclose it to health care providers (doctors, dentists, pharmacies, hospitals and other caregivers), payors (health care provider organizations, employers who sponsor self-funded health plans or who share responsibility for the payment of benefits, and others who may be financially responsible for payment for the services or benefits you receive under your plan), other insurers, third party administrators, vendors, consultants, government authorities, and their respective agents. These parties are required to keep personal information confidential as provided by applicable law.

Some of the ways in which personal information is used include claim payment; utilization review and management; coordination of care and benefits; preventive health, early detection, vocational rehabilitation and disease and case management; quality assessment and improvement activities; auditing and anti-fraud activities; performance measurement and outcomes assessment; health, disability and life claims analysis and reporting; health services, disability and life research; data and information systems management; compliance with legal and regulatory requirements; formulary management; litigation proceedings; transfer of policies or contracts to and from other insurers, HMOs and third party administrators; underwriting activities; and due diligence activities in connection with the purchase or sale of some or all of our business. We consider these activities key for the operation of our health, disability and life plans. To the extent permitted by law, we use and disclose personal information as provided above without member consent. However, we recognize that many members do not want to receive unsolicited marketing materials unrelated to their health, disability and life benefits. We do not disclose personal information for these marketing purposes unless the member consents. We also have policies addressing circumstances in which members are unable to give consent.

To obtain a copy of our Notice of Information Practices, which describes in greater detail our practices concerning use and disclosure of personal information, please call 1-866-825-6944 or visit our Internet site at www.aetna.com.

**Continuation of Coverage During an Approved Leave of Absence Granted to Comply With Federal Law**
This continuation of coverage section applies only for the period of any approved family or medical leave (approved FMLA leave) required by Family and Medical Leave Act of 1993 (FMLA). If your Employer grants you an approved FMLA leave for a period in excess of the period required by FMLA, any continuation of coverage during that excess period will be subject to prior written agreement between Aetna and your Employer.

If your Employer grants you an approved FMLA leave in accordance with FMLA, your Employer may allow you to continue coverage for which you are covered under the group contract on the day before the approved FMLA leave starts. However, if a period of disability starts while you are on an approved FMLA leave, the Waiting Period for such period of disability will not be deemed to end until the later of:

- the date you complete the Waiting Period; and
- the date you are scheduled to return to active work following the approved FMLA leave.

At the time you request the leave, you must agree to make any contributions required by your Employer to continue coverage. Your Employer must continue to make premium payments.

Coverage will not be continued beyond the first to occur of:

- The date you are required to make any contribution and you fail to do so.
- The date your Employer determines your approved FMLA leave is terminated.
- The date the coverage involved discontinues as to your eligible class.

If you return to work for your Employer following the date your Employer determines the approved FMLA leave is terminated, your coverage under the group contract will be in force as though you had continued in active employment rather than going on an approved FMLA leave, provided you make request for such coverage within 31 days of the date your Employer determines the approved FMLA leave to be terminated. If you do not make such request within 31 days, coverage will again be effective under the group contract only if and when Aetna gives its written consent.

### Claim Procedures
Your booklet-certificate contains information on reporting claims. Claim forms may be obtained at your place of employment. These forms tell you how and when to file a claim.

**Note: If applicable state law requires the Plan to take action on a claim or appeal within a shorter timeframe, the shorter period will apply.**

### Filing Disability Claims under the Plan
You may file claims for Plan benefits, and appeal adverse claim decisions, either yourself or through an authorized representative.

An "authorized representative" means a person you authorize, in writing, to act on your behalf. The Plan will also recognize a court order giving a person authority to submit claims on your behalf.

You will be notified of an adverse benefit determination not later than 45 days after receipt of the claim. This time period may be extended up to an additional 30 days due to circumstances outside the Plan's control. In that case, you will be notified of the extension before the end of the initial 45 day period. If a decision cannot be made within this 30 day extension period due to circumstances outside the Plan's control, the time period may be extended up to an additional 30 days, in which case you will be notified before the end of the first 30 day extension period. The notice of extension will explain the standards on which entitlement to a benefit are based, the unresolved issues that prevent a decision, and the additional information needed to resolve those issues. You will be given at least 45 days after receiving the notice to furnish that information.

### Filing of an Appeal of an Adverse Benefit Determination for a Disability Claim
You will have 180 days following receipt of an adverse benefit decision to appeal the decision. You will ordinarily be notified of the decision not later than 45 days after the appeal is received. If special circumstances require an extension of time of up to an additional 45 days, you will be notified of such extension during the 45 days following receipt of your request. The notice will indicate the special circumstances requiring an extension and the date by which a decision is expected.

You may submit written comments, documents, records, and other information relating to your claim, whether or not the comments, documents, records, or information were submitted in connection with the initial claim. You may also request that the Plan provide you, free of charge, copies of all documents, records, and other information relevant to the claim.