# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
MICHAEL NIKITAS ;
County of Residence: Hillsborough County

**Defendant(s):**
First Listed Defendant:
AETNA LIFE INSURANCE COMPANY ;
County of Residence: Outside This District

**County Where Claim For Relief Arose:** Hillsborough County

**Plaintiff's Attorney(s):**
STEVEN E. HOVSEPIAN, ESQUIRE (MICHAEL NIKITAS)
Barbas, Nunez, Sanders, Butler & Hovsepian
1802 W. Cleveland St
Tampa, Florida 33606
Phone: 8132456575
Fax: 8132456575
Email: shovsepian@barbaslaw.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: N/A
  Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 791 ERISA

**Cause of Action:** This is an action for ERISA recovery of benefits due under the terms of an ERISA Plan for enforcement of Plaintiff's right to future benefits under the terms of the ERISA Plan

**Requested in Complaint**
  Class Action: Not filed as a Class Action
  Monetary Demand (in Thousands):
  Jury Demand: No
  Related Cases: Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Steven E. Hovsepian, Esquire

**Date:** July 14, 2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.